**Samuel Wilson MONTGOMERY, Appellant,**
**v. UNITED STATES of America,**
**Appellee.**

**No. 11505.**

United States Court of Appeals
Sixth Circuit.

May 27, 1952.

William Crampton, Washington, D. C., for appellant.

David C. Walls, U. S. Atty., Louisville, Ky., for appellee.

Before SIMONS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs, oral argument being waived.

On consideration whereof, it is ordered that the judgment of the District Court denying appellant's motion to vacate sentence be, and it hereby is affirmed upon the authority of Hunter, Warden v. Martin, 334 U.S. 302, 68 S.Ct. 1030, 92 L.Ed. 1401.

**Ramon REMINE, Appellant, v. UNITED**
**STATES of America, Appellee.**

**No. 11516.**

United States Court of Appeals
Sixth Circuit.

May 27, 1952.

Ramon Remine, in pro per.

Otto T. Ault, U. S. Atty., Knoxville, Tenn., for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The appeal in this criminal case came on to be heard on the briefs submitted by the appellant, Raymon Remine, and by the United States Attorney for the appellee, and on the record in the case;

From all of which it appears, from the opinion of the District Judge filed February 17, 1944, and from the order dated September 20, 1951, entered by the successor District Judge overruling the motion to vacate the judgment and sentence, that there is no merit in the points made by appellant;

The order overruling the motion to vacate the judgment and sentence is affirmed.